

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00470-CV

**IN THE INTEREST OF A.G.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01929
Honorable Fred Shannon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

No costs shall be assessed against appellant because she is indigent.

SIGNED November 12, 2014.

_____
Luz Elena D. Chapa, Justice